IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VANESSA RUST,<br><br>    Plaintiff,<br>v.<br><br>CHILDREN'S HEALTHCARE OF ATLANTA, INC.,<br><br>    Defendant. | Civil Action File<br>No. 1:21-CV-04275-AT-RGV |

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This case involves claims under the Fair Labor Standards Act ("FLSA"). *See* 29 U.S.C. § 201, *et seq.* This matter is before the Court upon the Joint Motion to Approve Settlement and for Order of Dismissal With Prejudice ("Joint Motion") of the Parties for the approval of their compromise and settlement of this action.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the FLSA, willful, intentional, or otherwise. The Court has reviewed the Parties' Joint Motion, the Memorandum filed in support thereof, and the Settlement Agreement ("Settlement Agreement"). The Court is of the opinion that there are *bona fide* disputes over application of the relevant provisions of the FLSA. In light

of these legitimate disputes, the Court is of the opinion that the Parties' Settlement Agreement reflects a fair and reasonable resolution of these *bona fide* disputes. Consequently, the Court ORDERS as follows:

1. The Court GRANTS the Parties' Joint Motion.

2. The Court APPROVES the form of the Settlement Agreement.

3. The Court APPROVES the monetary distribution to Plaintiff and Plaintiff's Counsel as described in the Settlement Agreement and ORDERS Defendant to make payments accordingly.

4. This case is hereby DISMISSED WITH PREJUDICE with each party to bear her or its own expenses and attorneys' fees except to the extent provided in the Settlement Agreement.

5. The Court RETAINS JURISDICTION over this matter for the purposes of enforcing the terms of the Parties' Settlement Agreement.

DONE and ORDERED this  15th  day of    April           , 2022.

_____
HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT JUDGE